# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700315

_____

## UNITED STATES OF AMERICA
Appellee

v.

## BRANDON R. WOLLIN
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel F. W. Hoover, USMC.
Convening Authority: Commanding General, U.S. Marine Corps
Forces, Special Operations Command, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Lieutenant Colonel W.D.
Hood, USMC. Addendum: Colonel J.M. Henry, USMC.
For Appellant: Captain William S. Laragy, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 26 February 2018

_____

Before MARKS, JONES, and RUSSELL, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court